BP:bp            UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA

            CASE NO. 08-21358-Civ-KING/BANDSTRA

UNITED STATES OF AMERICA,

        Plaintiff,
v.

ONE 2004 AUDI A8L,
VIN # WAUML44E54N002029,

ONE 2001 MERCEDES BENZ CL600 COUPE,
VIN # WDBPJ78J21A015661,

ONE 1989 26' MAKO MARINE INC MAKO 250
VESSEL, SERIAL # MRKR0393D989,
REGISTRATION # FL7476JM,
AND ITS TACKLE, STORES,
EQUIPMENT AND APPURTENANCES,
WITH TWIN 200 YAMAHA ENGINES, AND
A TRAILER, 1989 FLORIDA
LICENSE PLATE V42-PQH,

        Defendants.
_____/

## ORDER OF FORFEITURE

THIS CAUSE came before the Court on Plaintiff's *Motion for Entry of an Order of Forfeiture* against ONE 2004 AUDI A8L, VIN # WAUML44E54N002029, and the Court having considered the matter, hereby finds as follows:

1.   This is a civil action for forfeiture in rem, wherein the United States sought forfeiture of ONE 2004 AUDI A8L, VIN # WAUML44E54N002029, ONE 2001 MERCEDES BENZ CL600 COUPE, VIN # WDBPJ78J21A015661, ONE 1989 26' MAKO MARINE INC MAKO 250 VESSEL, SERIAL # MRKR0393D989, REGISTRATION # FL7476JM, AND ITS TACKLE, STORES, EQUIPMENT AND APPURTENANCES, WITH TWIN 200 YAMAHA ENGINES,

AND A TRAILER, 1989 FLORIDA LICENSE PLATE V42-PQH ("defendant property") pursuant to 21 U.S.C. § 881(a)(6) arising from a violation of 21 U.S.C. § 801, et seq.

2. Plaintiff filed its Complaint for Forfeiture In Rem against the defendant property and in accordance with said Complaint. A Warrant of Arrest In Rem for each of the defendant properties was issued. The Warrants of Arrest and the Complaint were duly served on the defendant properties. Notice of the action was also published in accordance with Rule G(4) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of publication has been filed with the Court.

3. In addition to the legal notice by publication, Plaintiff issued personal notice of this pending lawsuit with a true and correct copy of the verified *Complaint for Forfeiture in Rem* and the *Warrant of Arrest in Rem*, to the following potential claimants:

   a) Ancieto Garcia, Jose Maria Martinez, and Gustavo Guttierez, c/o Thomas W. Mote, Esq.;

   b) Gerardo Francisco Olivera, at two different addresses by certified mail and by regular first class mail;

   c) Toyota Motor Credit Corp., by certified mail;

   d) Minkin Enterprises, Inc. and Kenneth D. Minkin, by certified mail and by regular first class mail; and

   e) Kenneth D. Minkin, by certified mail and by regular first class mail.

4. A settlement has been reached in which the Plaintiff and the Claimant Ancieto Garcia have agreed to settle this action pursuant to the following terms, among others:

   a) Claimant Garcia agreed to the entry of an Order of Forfeiture forfeiting the defendant 2004 AUDI A8L, VIN # WAUML44E54N002029, to the United States pursuant to 21 U.S.C. § 881(a)(6);

   b) Claimant Garcia agreed to pay for any storage fees, costs and expenses incurred in connection with the defendant Mercedes and the defendant Mako vessel which have accrued from the date of seizure through July 31, 2008 by separate check payable to and delivered to the U.S. Marshal Service. The check must be a certified, cashier's or bank check.

   c) The United States agreed that within a reasonable time after the Order of Forfeiture is final and upon receipt of the storage fees through July 31, 2008, the United States will return the defendant 2001 MERCEDES BENZ CL600 COUPE, VIN # WDBPJ78J21A015661, and the defendant 1989 MAKO MARINE INC MAKO 250 VESSEL, SERIAL # MRKR0393D989, REGISTRATION # FL7476JM, AND ITS TACKLE, STORES, EQUIPMENT AND APPURTENANCES, WITH TWIN 200 YAMAHA ENGINES, AND A TRAILER, 1989 FLORIDA LICENSE PLATE V42-PQH, to the Claimant Garcia or his authorized

representative upon proper paperwork presented to the U.S. Marshal Service in Miami, Florida.

5. No other claim or answer has been filed in this action by anyone else other than Ancieto Garcia, and the time fixed by law for filing a claim, answer, or other responsive pleading has passed.

Based upon the above findings, and the Court being otherwise fully advised in the matter, it is hereby:

ORDERED AND ADJUDGED:

1. That Plaintiff United States of America's *Motion for Entry of an Order of Forfeiture* is hereby GRANTED.

2. That the allegations of the Complaint are taken as admitted.

3. That pursuant to 21 U.S.C. § 881(a)(6) all right, title, and interest in the defendant 2004 AUDI A8L, VIN # WAUML44E54N002029 is forfeited to the United States.

4. That the *Stipulation and Settlement* between the United States and Ancieto Garcia is hereby APPROVED AND ADOPTED.

5. That Claimant Garcia shall pay storage fees, costs and expenses incurred in connection with the defendant Mercedes and the defendant Mako vessel which have accrued from the date of seizure through July 31, 2008 by separate check payable to and delivered to the U.S. Marshal Service. The check must be a certified, cashier's or bank check.

6. That within a reasonable time after the Order of Forfeiture is final and upon receipt of the storage fees through July 31, 2008, the United States shall return the 2001 MERCEDES BENZ CL600 COUPE, VIN # WDBPJ78J21A015661, and the 1989 MAKO MARINE INC MAKO 250 VESSEL, SERIAL # MRKR0393D989, REGISTRATION # FL7476JM, AND ITS TACKLE, STORES, EQUIPMENT AND APPURTENANCES, WITH TWIN 200 YAMAHA ENGINES, AND A TRAILER, 1989 FLORIDA LICENSE PLATE V42-PQH, to the Claimant Garcia or his authorized representative upon proper paperwork presented to the U.S. Marshal Service in Miami, Florida.

7. That the Drug Enforcement Administration shall dispose of the defendant 2004 AUDI A8L, VIN # WAUML44E54N002029 in accordance with law.

8. That this Court shall retain jurisdiction of this matter to enforce the terms of the settlement agreement, consent to forfeiture and this Order.

DONE AND ORDERED this __22__ day of July 2008 in chambers at the James Lawrence King Federal Justice Building and United States Courthouse at Miami, Florida.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: AUSA Barbara Papademetriou (2 certified copies)
Thomas W. Mote, Esq.
    Attorney for Ancieto Garcia
    Advocate Trial Center
    848 Brickell Plaza, Suite 800
    Miami, Florida 33131

```
Gerardo Francisco Olivera
     5361 SW 140 Avenue
     Miami, FL   33175
Gerardo Francisco Olivera
     14691 SW 33 Court
     Miramar, FL   33027
Toyota Motor Credit Corp.
     P.O. Box 105286
     Atlanta, GA   90348
Minkin Enterprises, Inc. and Kenneth D. Minkin
     3553 NW 61st Circle
     Boca Raton, Fl   33496-4004
Kenneth D. Minkin
     7118 Montrico Drive
     Boca Raton, Fl   33433
```